# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LILA M. AGUILAR** and **JOSE M. JAIMES-BENITEZ,**
Appellants,

v.

**MATEO-JUAN GONZALEZ-GONZALEZ** and **MAYRA RAMIREZ-JAIMES,**
Appellees.

No. 4D2025-3057

[July 29, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 502024CA006171XXXAMB.

Gary Brookmyer of Brookmyer, Hochman, Probst & Jonas, P.A., Palm Beach Gardens, for appellants.

No brief filed on behalf of appellees.

PER CURIAM.

Affirmed. *See Delio v. Landman*, 987 So. 2d 733 (Fla. 4th DCA 2008).

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***